| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
| Byron R. Peterson,<br><br>      Plaintiff,<br>v.<br><br>Spectra Financial, Inc.; Argent Mortgage Co.;<br>Deutsche Bank National Trust Co.; and AMC<br>Mortgage Services,<br><br>      Defendants. | Civil No. 06-CV-03796 (PAM/JSM)<br><br><br>**ORDER** |

  This matter came before the undersigned Judge of the U.S. District Court, on March 20, 2007 pursuant to plaintiff's request for a Temporary Restraining Order extending and/or prohibiting the running of the six month statutory redemption period after a mortgage foreclosure sale on the property identified in the Complaint, which expires on March 21, 2007. Jaren L. Johnson, attorney for plaintiff, submitted documents and an affidavit in support of plaintiff's request, but no personal appearances were made before the undersigned.

Based upon the files and submissions herein, the Court finds that facts exist which support plaintiff's claims that he is entitled to a Temporary Restraining Order prohibiting and/or extending the six month statutory redemption period provided under Minnesota Statute §580.23.

**NOW, THEREFORE, IT IS ORDERED:**

  1. That plaintiff's motion for a Temporary Restraining Order is GRANTED.

  2. The six month statutory redemption period applicable to the property identified in the Complaint shall be extended until further order of this Court.

2

3. A preliminary injunction hearing shall be held on Wednesday, March 28, 2007 at 3:00 p.m., in Courtroom #2 of the US District Courthouse in St. Paul.

4. No bond is required pending the hearing of the preliminary injunction.

BY THE COURT:

Dated: March __20__, 2007.

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court