| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
| Byron R. Peterson,<br><br>      Plaintiff,<br>v.<br><br>Spectra Financial, Inc.; Argent Mortgage Co.; Deutsche Bank National Trust Co.; and AMC Mortgage Services,<br><br>      Defendants. | Civil No. 06-CV-03796 (PAM/JSM)<br><br><br>**ORDER DISMISSING WITH PREJUDICE OF CLAIMS ASSERTED AGAINST DEFENDANT SPECTRA FINANCIAL, INC.** |

Based upon the Stipulation of the Parties,

NOW, THEREFORE, IT IS HEREBY ORDERED that all claims and causes of action asserted by Plaintiff Byron R. Peterson against Defendant Spectra Financial, Inc. are dismissed with prejudice and without further cost to any party.

            BY THE COURT:


Dated:  April 30, 2007         s/Paul A. Magnuson
                   Honorable Paul A. Magnuson
                   Judge of United States District Court